**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-1086**

VICTORIA LANE,

Plaintiff - Appellant,

versus

PATRICK MOBILE HOME PARK, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence.   Terry L. Wooten, District Judge. (CA-03-4043)

Submitted:  April 27, 2005          Decided:  May 4, 2005

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Victoria Lane, Appellant Pro Se.  Kathryn Malloy Cook, COOK AND ROY, North Myrtle Beach, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Victoria Lane appeals the district court's order accepting the recommendation of the magistrate judge to dismiss Lane's complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, while we grant Lane leave to proceed in forma pauperis on appeal, we affirm on the reasoning of the district court. See Lane v. Patrick Mobile Home Park, Inc., No. CA-03-4043 (D.S.C. Dec. 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED